```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
```

| | |
|---|---|
| LARRY BISHOP, CYNTHIA BISHOP, § <br> GEORGE CLARK, DEBORAH CLARK, § <br> KRIS B. HALL, HOLLY J. JONES, § <br> GARY MCGREGOR, TERI MCGREGOR, § <br> SOLEDA PINEDA, JOHN STANFORD, § <br> JR., and CAROL M. SEVERANCE, § <br>               Plaintiffs, § <br> VS. § <br> § <br> CITY OF GALVESTON, TEXAS, STEVEN§ <br> C. McCRAW, in his official § <br> capacity as the Director of the § <br> Texas Department of Public § <br> Safety, JEFF COLLEY, in his § <br> official capacity as the Chief § <br> of the Emergency Management § <br> Department of the Texas Depart- § <br> ment of Public Safety, GREG § <br> PEKAR, in his official capacity § <br> as the State Hazard Mitigation § <br> Officer of the Emergency § <br> Management Division of the Texas§ <br> Department of Public Safety, and§ <br> HILDA SOPER, in her official § <br> capacity as an employee of the § <br> Emergency Management Division of§ <br> the Texas Department of Public § <br> Safety, § <br>               Defendants. § | CIVIL ACTION H-11-4152 |

**FINAL SUMMARY JUDGMENT**

    Pursuant to the Opinion and Order entered on this day, the Court

    ORDERS that FINAL SUMMARY JUDGMENT is GRANTED in favor of the Defendant City of Galveston, Texas against Plaintiffs Larry Bishop, Cynthia Bishop, George Clark, Deborah Clark, Kris B. Hall, Holly J. Jones, Gary McGregor, Teri McGregor, John Stanford, Jr., and Carol

-1-

M. Severance on all claims asserted against Defendant.  Plaintiffs shall take nothing and shall bear all costs of court.

THIS IS A FINAL JUDGMENT.

**SIGNED** at Houston, Texas, this  28th  day of  February , 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE